UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SEAN D. JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | No. 4:07CV856 CDP |

## MEMORANDUM AND ORDER

This motion to vacate, correct or set aside sentence under 28 U.S.C. § 2255 brought by movant Sean D. Jackson is under submission and has been fully briefed for some time. Movant Jackson has written me a letter, which alleges that the arresting detective, Bobby Garrett, took money from him. Garrett, of course, has been indicted in this district for taking money from people he arrested. Although this claim is only tangentially related to Jackson's claims of ineffective assistance of counsel, I believe I should appoint counsel to represent him in the § 2255 matter. Appointed counsel can determine whether there are any additional arguments or claims that Jackson should raise in this § 2255 suit. The interests of justice require this issue being explored before I rule on Jackson's § 2255 motion.

Movant Jackson is advised that counsel is being appointed for this § 2255 matter only, and is not representing Jackson on any other matters.

Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender for this district is appointed to represent movant Sean D. Jackson in this § 2255 matter, and, if deemed appropriate by counsel, to file a motion for leave to amend the pending § 2255 motion. If counsel files a motion for leave to amend, the proposed amended motion and any memorandum in support must be attached, and I will give the government an opportunity to respond before determining whether to allow amendment.

**IT IS FURTHER ORDERED** that newly appointed counsel must file any motion for leave to amend no later than **June 8, 2009** or must, by that date, file a statement that counsel has determined that no motion to amend will be filed.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of April, 2009.